IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 1:25-CV-15199-KMW-MJS |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shenzhen Jisu Technology Co. Ltd., by and through its counsel, hereby dismisses **Defendant #1** identified in Schedule A of the Verified Complaint as **SCGJ** without prejudice.


Date: September 24, 2025         Respectfully submitted,

*/s/ John H. Choi*
John H. Choi
JOHN H. CHOI & ASSOCIATES LLC
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
Email: jchoi@jchoilaw.com
Tel:    (201) 580-6600
Fax:    (201) 625-1108

*Counsel for Plaintiff Shenzhen Jisu Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the September 24, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I, or someone at my instruction, will forward the foregoing via email to Defendant No. 1.

                                                        */s/ John H. Choi*
                                                        John H. Choi